# Order

Michigan Supreme Court
Lansing, Michigan

June 26, 2007

Clifford W. Taylor,
Chief Justice

133222

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 133222
COA: 263622
Wayne CC: 04-007698-01

ALLEN DAVID DANIEL,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the December 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk

p0618